**Order entered May 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01538-CR

**DOMINGO SANCHEZ-RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-80148-2012**

## ORDER

We **GRANT** appellant's May 22, 2013 second motion for extension of time to file appellant's brief. Appellant's brief tendered to the Clerk of the Court on May 16, 2013 is **DEEMED** timely filed as of the date of this order.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
         JUSTICE